JS 44 (Ecw.7/95)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM).

## I. (a) PLAINTIFFS

**UNITED STATES OF AMERICA**

## DEFENDANTS

**EMPIRE AMBULANCE, L.L.C.**

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
, AUSA
United States Attorney's Office
970 Broad St., Room 701
Newark, New Jersey 07102
(973)645-2920

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION (PLACE "X" IN ONE BOX ONLY)

[X] 1 U.S. Government Plaintiff
[ ] 2 U.S. Government Defendant
[ ] 3 Federal Question (U.S. Government Not a Party)
[ ] 4 Diversity (Indicate Citizenship of Parties in item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(FOR DIVERSITY CASES ONLY)

|   | PTF | DEF |   | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ]1 | [ ]1 | Incorporated or Principal Place | [ ]4 | [ ]4 |
| Citizen of Another State | [ ]2 | [ ]2 | Incorporated and Principal Place of Business in Another State | [ ]5 | [ ]5 |
| Citizen or Subject of a Foreign Cntry | [ ]3 | [ ]3 | Foreign Nation | [ ]6 | [ ]6 |

## IV. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

28 U.S.C. § 1345 - United States as Plaintiff

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/ PENALTY | BANKRUPTCY | OTHER STATUES |
|---|---|---|---|---|---|
| | **PERSONAL INJURY** | **PERSONAL INJURY** | [] 610 Agriculture | [] 422 Appeal 28 U.S.C. 158 | [] 400 State Reapportionment |
| [] 110 Insurance | [] 310 Airplane | [] 362 Personal Injury Med. Malpractice | [] 620 Other Food & Drug | | [] 410 Antitrust |
| [] 120 Marine | [] 315 Airplane Product Liability | [] 365 Personal Injury Product Liability | [] 625 Drug Related Seizure at Property 21 U.S.C. 881 | [] 423 Withdrawal 28 U.S.C. 157 | [] 430 Banks and Banking |
| [] 130 Miller Act | [] 320 Assault, Libel & Slander | [] 368 Asbestos Personal Injury Prod. Liab . | [] 630 Liquor Laws | | [] 450 Commerce/ICC Rates/etc |
| [] 140 Negotiable Instrument | [] 330 Federal Employers' Liability | | [] 640 R.R. & Truck | **PROPERTY RIGHTS** | |
| [] 150 Recovery of Overpayment & Enforcement of Judgment | | **PERSONAL PROPERTY** | [] 650 Airline Regs. | | [] 460 Deportation |
| [] 151 Medicare Act | [] 340 Marine | [] 370 Other Fraud | [] 660 Occupational Safety/Health | [] 820 Copyrights | [] 470 Racketeer Influenced Corrupt Organizations |
| [] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | [] 345 Marine Product Liability | [] 371 Truth in Lending | [] 690 Other | [] 830 Patent | |
| [] 153 Recovery of Overpayment at Veteran's Benefits | [] 350 Motor Vehicle | [] 380 Other Personal Property Damage | | [] 840 Trademark | [] 810 Selective Service |
| [] 160 Stockholders' Suits | [] 355 Motor Vehicle Product Liability | [] 385 Property Damage Prod. Product Liability | | | [] 850 Securities/ Commodities/ Exchange |
| [x] 190 Other Contract | [] 360 Other Personal Injury | | **LABOR** | **SOCIAL SECURITY** | [] 875 Customer Challenge 12 U.S.C. 3140 |
| [] 195 Contract Product Liability | | | [] 710 Fair Labor Standards Act | [] 861 HIA (1395ff) | |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITION** | | [] 862 Black Lung(923) | [] 891 Agricultural Acts |
| | | | [] 720 Labor/Mgmt. Relations | [] 863 DIWC/DIWW (405(g)) | [] 892 Economic Stabilization Act |
| | | | [] 730 Labor/Mgmt. Reporting & Disclosure Act | [] 864 SSID Title XVI | [] 893 Environmental Matters |
| | | | | [] 865 RSI (405(g)) | [] 894 Energy Allocation Act |
| [] 210 Land Condemnation | [] 441 Voting | [] 510 Motions to Vacate Sentence Habeas Corpus: | [] 740 Railway Labor Act | **FEDERAL TAX SUITS** | [] 895 Freedom of Information Act |
| [] 220 Foreclosure | [] 442 Employment | | | | |
| [] 230 Rent Lease & Ejectment | [] 443 Housing/Accommodations | [] 530 General | [] 790 Other Labor Litigation | [] 870 Taxes (U.S. Plaintiff or Defendant) | [] 900 Appeal of Fee Determ. Under Equal Access to Justice |
| [] 240 Torts to Land | [] 444 Welfare | [] 535 Death Penalty | [] 791 Empl. Ret. Inc. Security Act | [] 871 IRS - Third Party 26 U.S.C. 7609 | [] 950 Constitutionality of State Statutes |
| [] 290 All Other Real Property | [] 440 Other Civil Rights | [] 540 Mandamus & Other | | | |
| | | [] 550 Other (including 1983 Actions) | | | [] 890 Other Statutory Actions |

## VI. ORIGIN

[x] 1 Original Proceeding
[] 2 Removed from State Court
[] 3 Remanded from Appellate Court
[] 4 Reinstated or Reopened
[] 5 Transferred from another district (specify)
[] 6 Multidistrict Litigation
[] 7 Appeal to District Judge from Magistrate Judgment

## VII. REQUESTED IN COMPLAINT:

CHECK IF THIS IS A **CLASS ACTION**
[] UNDER F.R.C.P. 23

**DEMAND $**

CHECK YES only if demanded in complaint:

**JURY DEMAND:** [] YES  [] NO

## VII. RELATED CASE(S) IF ANY  (See instructions):

| DATE | SIGNATURE OF ATTORNEY OF RECORD |
|---|---|
| | /s/ Jordan M. Anger, Assistant United States Attorney |

Craig Carpenito
United States Attorney
Jordan M. Anger
Assistant U.S. Attorney
970 Broad Street, Room 700
Newark, NJ  07102
Tel. 973-645-2829
Fax. 973-645-3210
Email: jordan.anger@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | **HON.** |
| *Plaintiff,* | : | *Civil Action No.* |
| v. | : | **COMPLAINT** |
| EMPIRE AMBULANCE, L.L.C., | : | |
| *Defendant.* | : | |

CRAIG CARPENITO, United States Attorney for the District of New Jersey, on behalf of plaintiff, United States of America, for its Complaint against defendant, Empire Ambulance, L.L.C., says that:

1. This is a civil action brought on behalf of the United States of America and this Court has jurisdiction under the provisions of 28 U.S.C. Section 1345.

2. The defendant resides in Pine Brook, within the state and district of New Jersey.

3. Defendant owes plaintiff the principal sum of $1,770,354.65, plus interest, as more fully set forth on the Certificate of Indebtedness attached hereto as Exhibit "A".

4. Due demand has been made for payment.

THEREFORE, plaintiff demands judgment against defendant as follows:

a. In the amount of $2,546,486.46 (1,770,354.65 principal and $776,131.81 interest accrued through July 19, 2019);

b. Interest to accrue at the rate of 10.500% per annum from July 19, 2019 to date of judgment;

c. Interest from the date of judgment at the legal rate in effect on the date of judgment until paid in full;

d. Costs of suit; and

e. For such other relief as this Court may deem just.

CRAIG CARPENITO
UNITED STATES ATTORNEY

By: JORDAN M. ANGER
ASSISTANT U.S. ATTORNEY



**DEPARTMENT OF THE TREASURY**
BUREAU OF THE FISCAL SERVICE
WASHINGTON, DC 20227

## ACTING ON BEHALF OF
## U.S. Department of Health and Human Services,
## Centers for Medicare and Medicaid Services
## CERTIFICATE OF INDEBTEDNESS

Debtor Name(s) and Address(es):

Empire Ambulance, L.L.C.
325 Changebridge Road
Pinebrook, NJ 07058

Total debt due United States as of July 19, 2019:
Principal: $1,770,354.65
Interest (@10.5%): $ 776,131.81
TOTAL: $2,546,486.46

The claim arose in connection with the debtor's March 2015 failure to repay a Medicare benefits overpayments to the U.S. Department of Health and Human Services, Centers for Medicare and Medicaid Services (CMS), for medical equipment and/or services rendered to Medicare beneficiaries between January 2012 and July 2013, which were incorrectly reimbursed by CMS, pursuant to standards established by 42 U.S.C. 405.

CERTIFICATION: Pursuant to 28 USC ss. 1746, I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief based upon information provided by the U.S. Department of Health and Human Services, Centers for Medicare and Medicaid Services.

Date: 7/19/2019

Regina Crisafulli
Financial Program Specialist
U.S. Department of the Treasury
Bureau of the Fiscal Service